Jerry Lynn McCRACKEN, Appellant,

v.

STATE of Oklahoma, Appellee.

No. F–91–996.

Court of Criminal Appeals of Oklahoma.

April 13, 1995.

### ORDER

Jerry Lynn McCracken, Appellant, has filed an application requesting this Court to appoint the Oklahoma Indigent Defense System Capital Appeals Division to represent him on a Petition for Writ of Certiorari to the United States Supreme Court. See 22 O.S.Supp.1994, § 1356(A).

Having carefully considered the application, and being fully advised in the premises, we adopt the following procedure with regard to appointment of counsel, pursuant to 22 O.S.Supp.1992, § 1360, after a mandate has been rendered in the direct appeal and where an appellant is no longer able to afford private counsel:

1. Appellant or his appellate counsel shall file an appropriate application for determination of indigency in the district court.

2. The district court shall review said application, make a determination as to indigency and take the appropriate action.

IT IS SO ORDERED.

/s/ Charles A. Johnson
CHARLES A. JOHNSON,
Presiding Judge

/s/ Charles S. Chapel
CHARLES S. CHAPEL,
Vice Presiding Judge

/s/ Gary L. Lumpkin
GARY L. LUMPKIN,
Judge

/s/ James F. Lane
JAMES F. LANE,
Judge

/s/ Reta M. Strubhar
RETA M. STRUBHAR,
Judge